CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7034
    Fax:         (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 25-00071-CRB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| | ) ORDER TO EXCLUDE TIME FROM MAY 20, |
| v. | ) 2026 TO JUNE 17, 2026 |
| | ) |
| ABAHJIT SINGH BAL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for the

defendants Abahjit Singh Bal, Teigue Ali Balinton, Andrew Tarmizi Benson, Jaqueline Tijerino-Gomez,

and Josh James Weinmann that time be excluded under the Speedy Trial Act from May 20, 2026

through June 17, 2026.

The government and counsel for the defendants agreed that time be excluded under the Speedy

Trial Act, so that defense counsel could continue to prepare, including by reviewing the voluminous

discovery that has been produced and to confer with the government about potential resolution. For this

reason, the parties stipulate and agree that excluding time until June 17, 2026 will allow for the effective

preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

STIP. & ORDER TO EXTEND TIME
Case No. CR 25-00071-CRB               1

the ends of justice served by excluding the time from May 20, 2026 through June 17, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  April 23, 2026

CRAIG H. MISSAKIAN
Acting United States Attorney

_____/s/_____
DANIEL N. KASSABIAN
Assistant United States Attorney


_____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
ABAHJIT SINGH BAL


ILLOVSKY GATES & CALIA LLP

_____/s/_____
MATTHEW C. DIRKES
Counsel for Defendant
TEIGUE ALI BALINTON

JODI LINKER
Federal Public Defender

_____/s/_____
ELIZABETH M. FALK
Assistant Federal Public Defender
Counsel for Defendant
ANDREW TARMIZI BENSON


_____/s/_____
KATHRYN E. ROSS
Counsel for Defendant
JAQUILINE TIJERINO-GOMEZ


_____/s/_____
ADAM V. PENNELLA
Counsel for Defendant
JOSH JAMES WEINMANN

STIP. & ORDER TO EXTEND TIME
Case No. CR 25-00071-CRB                    2

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 20, 2026 through June 17, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 20, 2026 through June 17, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 20, 2026 through June 17, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  April 24, 2026

_____
HON. CHARLES R. BREYER
United States Senior District Judge

2101-1113-3187, v. 1

STIP. & ORDER TO EXTEND TIME
Case No. CR 25-00071-CRB                3