RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ABAHJIT SINGH BAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ABAHJIT SINGH BAL,<br><br>        Defendant. | **CR. 25-00071-CRB-LB**<br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DATE FOR CHANGE OF PLEA** |

        Defendant Abahjit Bal, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Daniel N. Kassabian, hereby stipulate and agree the court appearance presently set for Wednesday, June 17th at 1:30 pm be continued to June 24th at 10 a.m. for entry of a change of plea.

        The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act. For this reason, the parties stipulate and agree that excluding time from June 17, 2026, until June 24, 2026, will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 17, 2026, through June 24, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Date:  June 9, 2026                    /s/_____
                                       RANDY SUE POLLOCK
                                       Counsel for Defendant Abahjit Bal


Date:  June 9, 2026                    /s/_____
                                       DANIEL N. KASSABIAN
                                       Assistant United States Attorney


SO ORDERED:                            _____

  Date: June 11 2026                   HON. CHARLES R. BREYER
                                       Senior District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE FOR CHANGE OF PLEA
UNITED STATES V. BAL, CASE NO. 25-00071-CRB