RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ABAHJIT SINGH BAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABAHJIT SINGH BAL,<br><br>Defendant.<br>/ | **CR. 25-00071-CRB-LB**<br><br>MODIFIED<br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING** |

Defendant Abahjit Bal, by and through his counsel of record Randy Sue Pollock, and plaintiff the United States, by Assistant United States Attorney Daniel N. Kassabian, hereby stipulate and agree that the sentencing presently set for September 30, 2026, be continued to ~~October 28, 2026~~ November 18. 2026 at 10:00 a.m.. This extension is to afford the parties additional time to prepare for sentencing.

Date: September 2, 2026

/s/________________________
RANDY SUE POLLOCK
Counsel for Defendant Abahjit Bal

Date: September 2, 2026

_/s/________________________
DANIEL N. KASSABIAN
Assistant United States Attorney

SO ORDERED:

Date: September 11, 2026

HON.CHARLES R. BREYER
Senior United States District Judge